UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DETRICK CURTIS CONERLY, <br> MICHAEL AARON BONNER, <br> JOHN MENO CRUZ, <br>     Plaintiffs, <br>   vs. <br> TOM WOLF, <br> MS. KATHLEEN KANE, <br> PARAN LLP, <br>     Defendants. | No. 1:17-mc-00019-TWP-MJD |

## **E N T R Y**

This matter is before the Court on a pleading titled Registration of Foreign State Judgment. [Dkt. 1]. In order to obtain the registration of a foreign judgment sought by the plaintiffs, they must show that the underlying claim is one over which a federal court would have jurisdiction. *GE Betz, Inc. v. Zee Co.*, 718 F.3d 615, 624-25 (7th Cir. 2013).

"'Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause.'" *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94 (1998) (*quoting Ex parte McCardle*, 7 Wall, 506, 514, 19 L.Ed. 264 (1868)). Subject to exceptions not implicated by the circumstances of this case, "[a] federal court may exercise jurisdiction where: 1) the requirements for diversity jurisdiction set forth in 28 U.S.C. § 1332 are met; or 2) the matter arises under the Constitution, laws, or treaties of the United States as provided in 28 U.S.C. § 1331." *Barringer-Willis v. Healthsource North Carolina,* 14 F. Supp. 2d 780, 781 (E.D.N.C. 1998).

The plaintiffs shall have through **October 12, 2017** in which to identify the basis on which a federal court would have jurisdiction over the cause of action asserted in their complaint in

*Bonner, et al., v. PARAN LLP, et al.,* No. 4329 JU 2016 in the Court of Common Pleas of Westmoreland County, Pennsylvania.

IT IS SO ORDERED.

Date: 9/11/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MICHAEL AARON BONNER
107207
SOUTH IDAHO CORRECTIONAL INSTITUTION NORTH DORM
P.O. BOX 8509
BOISE, ID 83707

DETRICK CURTIS CONERLY
117510
ISCC
P.O. BOX 70010
BOISE, ID 83707

JOHN MENO CRUZ
113014
IDAHO STATE CORRECTIONAL INSTITUTE UNIT 15
P.O. BOX 14
BOISE, ID 83707